No. 94–8222. LOWE v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–8232. JOHNSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–8282. DEAN v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 94–8314. McCULLOUGH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8377. CHASE v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 94–8380. BENNETT v. UNITED STATES; and
No. 94–8755. DIXON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 44 F. 3d 1364.

No. 94–8388. SEDOR v. RUNYON, POSTMASTER GENERAL. C. A. 2d Cir. Certiorari denied.

No. 94–8659. DAVIS v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 94–8774. HARRIS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–8777. SLEDGE v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 94–8778. VOHRA v. SIKAND ENGINEERING ASSOCIATES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–8779. PINTOR v. ORANGE COUNTY, CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–8780. WILLIAMS v. RUNYON, POSTMASTER GENERAL. C. A. 10th Cir. Certiorari denied.

No. 94–8781. MILLER v. WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.